United States District Court
Southern District of Texas
**ENTERED**
July 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-00774 |
| EAST WEST INVESTMENTS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed July 11, 2023, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, EAST WEST INVESTMENTS CORPORATION, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Signed on this __12TH__ day of July, 2023.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE